UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. ZITO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH HOLLAND,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02205 DAD CSK PS<br><br>ORDER TO SHOW CAUSE REGARDING SERVICE OF PROCESS |

　　　　Plaintiff Thomas J. Zito, who proceeds without the assistance of counsel, filed a complaint on August 15, 2024 against Defendant Keith Holland. (ECF No. 1.) Plaintiff paid the filing fee and was provided a summons and initial scheduling order by the Clerk of Court.[1] (*See* ECF Nos. 1, 2, 3.) The initial scheduling order stated:

> Plaintiff shall complete service of process on all Defendants named in the complaint within 90 days from the date of this order. Plaintiff shall provide each Defendant with a copy of (i) the summons; (ii) the complaint; (iii) this order; and (iv) the Consent to Assignment or Request for Reassignment information.
>
> Within 10 days after service of process on a given Defendant, Plaintiff(s) shall file with the Clerk a certificate stating that the Defendant was served under Rule 4.

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

(ECF No. 3 at ¶ 2.) Despite this order, the record does not reflect that Plaintiff has attempted proper service on Defendant. (*See* Docket.)

In the initial scheduling order, the Court cautioned Plaintiff that this case may be dismissed if service of process is not accomplished within 90 days. (ECF No. 3 at ¶ 2b.) This is also required by Rule 4 of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Thus, Plaintiff's complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, Plaintiff shall file a statement with the Court indicating the status of service, or any good cause for why Defendant has not been served under Rule 4 of the Federal Rules of Civil Procedure; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of Plaintiff's case without prejudice.

Dated: January 10, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, zito.2205.24

2