UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS J. ZITO,

Plaintiff,

v.

KEITH HOLLAND,

Defendant.

No. 2:24-cv-02205-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DISMISSING
THIS ACTION

(Doc. No. 5)

Plaintiff Thomas J. Zito is proceeding *pro se* in this civil action which he initiated by the filing of the original complaint in this court on August 15, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 5.) Specifically, the magistrate judge found that plaintiff had failed to complete service of process within ninety (90) days and had failed to take any action in response to the court's prior order to show cause regarding the status of service (Doc. No. 4). (Doc. No. 5 at 2–4.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) On May 15, 2025, plaintiff filed untimely objections. (Doc. No. 6.) These objections are difficult to

1

discern but appear to argue, without supporting evidence, that there is a conspiracy within the court system against plaintiff. (Doc. No. 6 at 2–4.) These objections, however, do not provide any explanation as to why plaintiff failed to timely complete service and appears to have still failed to complete service of process. Accordingly, they do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 3, 2025 (Doc. No. 5) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2